**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**TEHERA M. JOHNSON,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00202-CEM-PRL**

**CAPITAL ONE FINANCE CORP,**
**DISCOVER FINANCIAL SERVICES,**

**Defendants,**
**______________________________________/**

# ORDER

This case is before the Court for consideration of pro se Plaintiff's motion for Clerk's default against Discover Financial Services. (Doc. 28). For the reasons explained below, Plaintiff's motion is due to be denied.

## I. Legal Standards

Federal Rule of Civil Procedure 4(c) provides that service of process shall be completed by serving a summons and a copy of the complaint on each defendant within the time allowed under Rule 4(m) by "[a]ny person who is at least 18 years old and not a party." Fed. R. Civ. P. 4(c)(1), (2). "[S]ervice of process that is not in 'substantial compliance' with the requirements of the Federal Rules is ineffective to confer personal jurisdiction over the defendant, even when a defendant has actual notice of the filing of the suit." *Abele v. City of Brooksville, Fla.*, 273 F. App'x 809, 811 (11th Cir. 2008) (citing *Prewitt Enters. v. OPEC*, 353 F.3d 916, 925 (11th Cir. 2003)).

## II. Discussion

In support of her motion for Clerk's default, Plaintiff relies upon a return of service form that was executed by the U.S. Marshal based on Plaintiff's completion of a USM-285 form. (Doc. 22). Upon preliminary review, the record reflects irregularities regarding the return of service in this case and public records regarding the entity served as the apparent registered agent, CT Corporation System. (Doc. 22). It does not appear that Plaintiff has properly completed service of original process as to Defendant Discover Financial Services, and it appears that Plaintiff has failed to comply with the service requirements of the Federal Rules of Civil Procedure and Florida law. The undersigned is not satisfied that Defendant Discover Financial Services has been properly served. Plaintiff's motion for Clerk's default is due to be denied.

Further, Plaintiff is cautioned that despite proceeding pro se, she is required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Plaintiff may obtain a copy of the Local Rules from the Court's website or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled Guide for Proceeding Without a Lawyer, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). Plaintiff should also consult the Middle District of Florida's Discovery Handbook for a general discussion of this District's discovery practices (see http://www.flmd.uscourts.gov/civil-discovery-handbook).

## III. Conclusion

Accordingly, upon due consideration, Plaintiff's motion for Clerk's default (Doc. 28) is **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on August 6, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Courtroom Deputy